1109/255
$43.21
1/24/11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

CHARLES H. ALLEN                                    B-04-17618-B

Debtor

     IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Charles H. Allen, 1101 Newland Avenue, Jamestown, NY 14701

     AND IT

     FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

     Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $43.21 representing unclaimed funds belonging to the above-named debtor.

Dated: January 20, 2011        _____
                                    ALBERT J. MOGAVERO
                                    CHAPTER 13 TRUSTEE



FILED
JAN 24 2011
BANKRUPTCY COURT
BUFFALO, NY